IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL S. BICKEL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CARLETON S. FIORINA, et al.,<br><br>    Defendants.                                / | No. C 01-04983 CW<br><br>ORDER |

    Plaintiff moved to remand this class action to State court (Docket No. 9). Defendants opposed the motion, and also moved to dismiss the case as preempted (Docket No. 4). Before the hearing on the motions, the merger between Hewlett Packard Company and Compaq Computer Corporation, which this suit sought to enjoin, became final. Defendants then filed a supplemental brief suggesting that the case is moot, and argued that the case is moot at the hearing on April 26, 2002, submitting additional authorities to the Court. The Court agreed to consider Defendants' motion to dismiss for mootness, and ordered further briefing by the parties.

    Plaintiff then filed a statement of non-opposition to

Defendants' motion to dismiss for mootness. Accordingly, this matter is dismissed with prejudice. The Clerk of the Court may close the file.

IT IS SO ORDERED.

Dated: 5/20/02                              s/ CLAUDIA WILKEN

CLAUDIA WILKEN
United States District Judge

Copies mailed to counsel
as noted on the following page

2